NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5067

MULTISERVICE JOINT VENTURE, LLC,

Plaintiff,

and

JANICE DAVIS,

Sanctioned Party-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-312, Judge Thomas C. Wheeler.

ON MOTION

Before MAYER, Circuit Judge.

## O R D E R

The United States moves to stay proceedings in this appeal pending the ruling of the United States Court of Federal Claims on a motion for reconsideration. The United States moves for a 62-day extension of time, until September 21, 2009, to file its brief.

The United States indicates that the trial court recently denied the reconsideration motion and thus the motion to stay is moot.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is moot.

(2)  The motion for an extension of time is granted.  No further extensions should be anticipated.

FOR THE COURT

JUL 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Matthew H. Solomson, Esq.
     Janice Davis, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 9 2009

JAN HORBALY
CLERK

2009-5067                    2